# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| TRACY LEE PEHRSON, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | 1:10-cv-289-GZS |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION COMMISSIONER, | ) ) | |
| | ) | |
| Defendant | ) | |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 21) filed July 6, 2011, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's final decision is **AFFIRMED** and judgment is entered in favor of the Commissioner.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal  
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 1st day of August, 2011.